# EXHIBIT 1

# BOOKING REPORT Notification

Date:

Fulton County Jail
901 Rice Street, Atlanta, GA 30318

| SO NUMBER | DATE BOOKED | JAIL ID /BOOKING NUMBER | PAGE |
|---|---|---|---|
| P01147177 | 10/04/2024 | 2417225  24-100-7539 | 1 |
| CURRENT CELL | CUSTODY STATUS | | OF |
| INTAKE | FELONY UNSENTENCED | | 2 |
| | 1:36 PM | | |

| NAME | | | PID | SIO | CURRENT CLASS |
|---|---|---|---|---|---|
| **MCNAIR, LADAVIOUS DASHAWN** | | | 9428437 | | |

**IDENTIFICATION**

| ALIAS NAME(S) | | | | FBI | IMAGE |
|---|---|---|---|---|---|
| MCNAIR, LADAVIOUS | | | | | |

| RACE | SEX | ETHNICITY | DATE OF BIRTH | AGE | DL / ID NO. |
|---|---|---|---|---|---|
| B | M | NON HISPANIC | | 32 | |

| HEIGHT | WEIGHT | HAIR | EYES | BUILD | COMPLEXION | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|
| 5 FT. 9 IN. | 160 | BLACK | BROWN | | | |

SCARS, MARKS, TATTOOS, AMPUTATIONS
TATTOO ON CHEST

| ADDRESS | PHONE | PLACE OF BIRTH |
|---|---|---|
| JONESBORO GA 30238-8076 | | NC  UNITED STATES |

**EMER**

| EMERGENCY CONTACT NAME | EMERGENCY CONTACT ADDRESS & PHONE | PHONE NUMBER(S) CALLED AT BOOKING: | PROPERTY BOX |
|---|---|---|---|
| RELATIONSHIP  GIRL FRIEND | | | :::::::: |

**ARREST**

| ARRESTING AGENCY/ INC. NO.  ATLANTA POLICE DEPARTMENT/  233051447 | ARRESTING OFFICER  0670, MUSTAPHA, - | ARREST DATE  10/04/2024 | ARREST TIME  12:00 PM | ARREST LOCATION |
|---|---|---|---|---|
| VEHICLE MAKE | MODEL | LICENSE NO. | STATE | VEHICLE TOWED BY | VEHICLE STORED AT |

## CHARGES

| WARRANT /  REFERENCE NO. | HOLD  REASON | OFFENSE | CODE | ISSUING AUTH. | BONDING  STATUS | BOND  AMOUNT | BOND  TYPE | DISP |
|---|---|---|---|---|---|---|---|---|
| EW-0456271 | LOCAL WARRANT | AGGRAVATED ASSAULT | 16-5-21 | | Not Set | | | |
| EW-0456272 | LOCAL WARRANT | AGGRAVATED ASSAULT | 16-5-21 | | Not Set | | | |
| EW-0456273 | LOCAL WARRANT | AGGRAVATED BATTERY | 16-5-24 | | Not Set | | | |

◄ END OF LIST ►

10/4/2024

# CRIMINAL WARRANT

Warrant No:  EW-0456271

**MAGISTRATE COURT OF FULTON COUNTY**
**GEORGIA, FULTON COUNTY**

## AFFIDAVIT FOR ARREST

### (Ga. Code Ann. 17-4-45)

Personally came **A R Mustapha** , who on oath says that to the best of his/her knowledge and belief **Ladavious McNair** (hereinafter called the accused) between **11/01/2023** at **06:25 PM** and **11/01/2023** at **10:00 PM** , at **603 Metropolitan Pkwy SW, Atlanta** in **FULTON** county aforesaid, did commit the offense of **Aggravated Assault - Felony** (Count #1) , **16-5-21** in that **The said accused, Mr. Ladavious McNair did make an assault upon the victim, Mr. William Latham with an Object, a handgun which when used offensively against a person is likely to result in serious bodily injury which is what almost occurred in this situation. The accused, Mr. Ladavious McNair retrieved a firearm that was in his possession and hit the victim, Mr. William Latham in the head while he the accused, Mr. Ladavious McNair was standing in the middle of the roadway in front of the victim at the time.** said and this deponent makes this affidavit that a warrant may issue for his/her arrest.

**Probable Cause :**
Officer Johnson Primary Police Report of the Incident
On November 1, 2023 at 1832hrs, I Ofc DJ Johnson unit 3303, was dispatched to a person shot call at 603 Metropolitan Pkwy SW. Upon arrival, I observed a white male sitting in the drivers side of a white Chevy work van (GA tag          ) with an apparent gunshot wound to his left knee. I was unable to get any information from the victim as Grady unit 776 was loading him up for transport. Ofc Ngyuen unit 3311, trailed Grady to the hospital where he was able to identify the victim as William Clint Latham (DOB          ) before he went in for emergency surgery. There was a witness on scene who identified himself as Albert Nalls an A-Tow driver (DOB          , ) who stated he seen the entire incident. Mr. Nalls advised that he was at the red light on Metropolitan Pkwy traveling south behind the white van, when he seen the victim exit his vehicle to show the suspect potential damage that may have occurred in a traffic accident between the two. Seconds later, Nalls stated the suspect punched the victim and as he stumbled, he reached on to his waistband and shot him before fleeing back to his vehicle speeding further south down Metropolitan.

Mr. Nalls described the suspect as a slim black male standing approximately 5'10 - 6'1 in height with a low hair cut wearing a dark hoodie and dark jeans and driving a silver sedan possibly an infinity or geneses. He also advised that A-Tow have front dash cameras that may have captured the incident however his supervisor would have to email the footage tomorrow. Where majorly the blood splatter appeared, my Supervisor Sgt Houston unit 3394, pointed out a deep scuff mark along the van drivers side front corner bumper that possibly was sustained in a side swipe collision. Mr. Nalls advised of only hearing one shot and was unable to identify the type of gun nor color. Multiple units searched for potential shell casings but was unable to locate any.

A white male who identified himself as Slater Eckert.(          was also present on scene, advising that he did not witness the incident only arriving minutes later, but stated that he works for Creative MultiCare Inc. which is the same company the victim work for. Mr. Eckert stated that he personally do Not know the victim since they work in separate departments of the company, but he is sure the Van have cameras along the perimeters. He provided his manager name Mr. Russell and contact number          , who will be able to access that camera footage along the van.

Detectives Rodriquez 4720, Blume 4716, and Sgt. Hill 4706 with the aggravated assault unit, all arrived on scene to asses and gather information from myself and other units working the scene as well as the witness. Additionally, ID unit 7314 Foster arrived on scene for processing. Ofc Watson and Ofc Bush with the crime suppression unit 2358, spoke with the manager of Slim and Husky in regards to a camera that may have captured the incident in which a supplement report will be attached. Ofc Bush advised that she checked the flock camera system for the suspect vehicle and was able to identify a vehicle of interest that matched the description at the intersection of Metropolitan Pkwy and University Ave approximately 1-2 minutes after the 911 call came up. The vehicle of interest will be attached to this report and the owner of that vehicle shows to a Mr. Ladavious McNair (DOB          ) Per Agg Assault request, the victim van was transported to the annex by South Metro to be held as evidence, nothing further.

Detective Mustapha's Case Note
On 11-02-2023 I reviewed the case file pertaining to the victim. Contact would be made with the victim, Mr. William Clint Latham to obtain further information on the incident.
Note- On 11-01-2023, The victim's vehicle, a white 2023 Chevrolet Express Van was removed from the scene by South Metro Towing and transported to Atlanta Police Property, the Annex building where it was held as evidence till a search warrant was obtained to retrieve the necessary evidential video footage. As advised, the van the victim was driving was equipped with a video recording system around it parameters that may or may not have captured the primary incident. The initial contact with the victim and the suspect started with the motor vehicle accident then followed, along with the secondary incident which followed suit about a mile down the road south on Northside Dr towards Metropolitan pkwy when the victim was struck in the head with a handgun and then, a single gunshot fired at the victim.
With that been said, I would request for a search warrant to make entry inside the vehicle that was driven by the victim. The main reason for the search warrant is for me to make entry inside the victim's vehicle so that I can retrieve   002

of the video footage from the vehicle may contain potential evidence that may aide me with my Investigation. On 11-3-2023, a search warrant was obtained and signed by a Fulton County Judge. I later relocated to 3493 Donald Lee Hollowell Pkwy and administered the search warrant on the vehicle. The victim's manger, Mr. Russell attempted to remotely retrieve the video footage from the vehicle for about forty-five minutes or more but was having some problems. Mr. Russell stated that he was having some technical difficulties in retrieving or seeing any video footage remotely from the surveillance camera, which is of concern because normally, once the ignition to the vehicle was activated, they were able to automatically retrieve and upload the video footage if any available from the vehicle. Mr. Russell later brought to my attention that the surveillance system inside the vehicle was equipped with a storage device, a scan disk which was inserted in to the well of the surveillance system attached to the vehicle. As a good faith, Mr. Russell advised me on how to retrieve the scan disk from the equipment which I did and later handed it over to him for video retrieval. The vehicle was released and towed away from the location by South Metro Towing to their impound lot. Unfortunately, it was brought to my attention that no video footage was available on the scan disk and that the calibration may have been faulty at the time.

Contact was made with the victim, Mr. William on cell ▮▮▮▮▮▮▮▮▮▮▮. The victim advised that he has to undergo another surgery due to him not feeling his left feet. The victim advised that he sustained a bullet wound injury to the left ankle which was causing serious medical problems to his left leg.

The victim reported that on the said day of the incident, he was traveling South on Northside Dr Sw in the right lane when suddenly, the suspect who was also traveling the same direction in the left lane sideswiped his vehicle on the front left bumper as he the victim, was proceeding to make the left turn onto Northside Dr Sw. The victim advised that he was not sure if the suspect realized that the lane, he was traveling on at the time was a turning lane that continued on to Northside dr and as a result of, failed to maintain his lane of travel by going straight on to Chapel St Sw. The victim advised that he pulled over somewhere of on Northside dr Sw, checked his vehicle and noticed the minor scuff damage to the front left end of the bumper and proceeded to continue traveling South on Northside Dr Sw on the left lane. The victim advised that he was stopped at the traffic light at RDA and Metropolitan Pkwy in the left lane waiting for the traffic signal to change when suddenly, he saw the accused making contact with him to the front right passenger side to his vehicle. The victim advised that the accused stated to him that you crashed into my vehicle, and he replied to the accused by saying " you crashed into my vehicle for you side swiped my vehicle when you failed to maintain your lane of travel." The victim advised that he got out his vehicle and walked to the front end of his vehicle where he made contact with the accused. The victim advised that the suspect at some point in time became agitated and furious and without been provoked, retrieved a handgun from his pocket and hit him in the head with the handgun. The victim further went on to say that the suspect then proceeded by firing a single gunshot at his left knee which caused the bullet to travel on a straight path down his left leg and the bullet eventually exited out his ankle. Note, Statement provided by the victim, Mr. William, as it relates to the shooting incident coincides with that of the surveillance video footage that was provided by the A-Tow driver, Mr. Albert whom at the time, had just pulled up few seconds before behind the victim's vehicle in the right turning lane and had witnessed the shooting when it occurred. The shooting as noticeable on A-Tow surveillance system occurred exactly at 18:23:24s.

Note- Officer Bush with the zone3 Fit Team unit had brought to my attention of a possible vehicle that she had located while reviewing the multiple surveillance systems within the area before and after the shooting incident and was successful in locating a gray Infinity Q50s sedan that matched the description of the suspect's vehicle. The vehicle in question was located on the Fuses system traveling east bound on University Ave from Metropolitan Pkwy minutes later after the shooting occurred. (Image of the suspect's vehicle as observed on the Fuses camera was attached to mark43 on the initial report)

On 11-08-2023, I relocated to the incident location area and checked for all the possible surveillance camera and LPR's system in the area that may or may not have captured the incident as well as the suspect's vehicle which was described by the victim as a gray or silver four door sedan, possibly, an Infinity or a Genesis. Locations of interest that I noticed was at Spellman Dr Sw at Northside Dr Sw and also, at Shelton Ave Sw. I reviewed the surveillance system, and I was successful in locating the initial contact of the incident between the victim's vehicle, (a white Chevrolet Express Van) and the suspect's vehicle, (a silver/gray Infinity Q60). The incident as noticed occurred on 11-01-2023 between the time frame of 1819 and 18:22 hours as observed on surveillance camera at the intersection of Northside Dr Sw and Spellman Dr Sw. (video footage uploaded on to evidence .com as evidence)


PTZ surveillance camera view of suspect's vehicle

• At 18:20:52s, the suspect's vehicle appeared on surveillance system on Spellman's Dr at Northside Dr going towards Chapel St Sw at an angle showing that suspect's vehicle definitely may have sideswiped the victim's vehicle.
• At 18:20:53s, the victim's vehicle clearly appeared on surveillance system, and it showed the victim may have tried to avoid the collision with the suspects vehicle by going wide far right. The victim's vehicle proceeded to travel south on Northside DR Sw.
• Between the time frame of 18:20:56s and 18:22:08s, the suspect's vehicle did an abrupt stop on the right - left lane at Chapel St Sw as noticeable by the brake lights on the rear of the vehicle, made a wide U-turn on to the left North bound lane on to Chapel St Sw, waited for the traffic light to change on the north bound lane on Chapel St Sw, moved recklessly from the left lane on Chapel St Sw on to the right lane and made a right turn on to Northside Dr Sw and proceeded by traveling south on Northside Dr Sw towards the direction of travel of the victim.

PTZ surveillance video footage of the suspects vehicle after the shooting Incident

• Between the time frame of 18:23:25s and 18:24:02s, the suspect's vehicle, a gray infinity sedan was observed traveling South bound on Metropolitan Pkwy on the left lane and suddenly, changed over to the right lane. as he passed a red sedan vehicle.

18:24:23s.

On 11-08-2023, I relocated to Grady hospital and met with the victim, Mr. William. The victim appeared to be in stable and in good condition but was in tremendous pain. The victim advised that he undergone a second surgery on his left leg and his healing process would take some time as advised by his physician. The victim advised that he may be able to identify the suspect if a photo of the accused was presented to him in a photo lineup.
Note- Person of Interest of Interest as it pertains to the shooter and driver of the Infinity Vehicle- Mr. Ladavious McNair, DOB- Mr. McNair is the registered owner of the 2018 Infinity QX50 Luxe Sport.
On 11-10-2023, I retrieved a driver's license photo of the person of interest which I added on to a photo lineup that I created. I relocated to the victim's place of residence, and he was presented with a photo lineup which was administered under the microscope of my body worn camera. Unfortunately, the victim choose photo #6 which he claimed looked similar to that of the suspect.
Note-The victim was adamant that the suspect head according to his memories, resembles that of the  "Peanut Head shape".
On 11-11-2023, I relocated to the person of interest, Mr. McNair's residence address on file to see if I can locate the said vehicle in question, a gray Infinity Qx50s but unfortunately, I was unsuccessful in seeing the vehicle at the location.
Later on, during the day, contact was made with the person of interest, Mr. McNair. Mr. McNair advised that he was out of town visiting family. The person of Interest, Mr. McNair called back to notify me that he was back in town. I advised Mr. McNair that I was investigating an incident, and he was a person of interest. I advised Mr. McNair that I would have to talk with him in person regarding such incident.
Contact was made with the eyewitness and A-Tow driver, Mr. Albert. Mr. Albert advised what he witnessed on the day of the incident. Mr. Albert advised that the suspect appeared to be a black male with low haircut, had on a blue sweatshirt, blue jeans and a white sneaker that looks like they were air force one type sneakers.
Note – The vehicle that Mr. Albert's was driving at the time, was his work vehicle, an A-Tow Ford tow truck which was equipped with a surveillance camera round the front end of the windshield captured the incident before and after the shooting.
11-22-2023- I did some research on the person of Interest; Mr. McNair contact info and I noticed that the Person of Interest cell number was attached to Verizon Cellphone Company. I would be obtaining a Search Warrant on the person of interest cell contact information so that I can forward to Verizon Cellphone to retrieve the Call Detail Records on Mr. McNair. My Main reason in obtaining the Call Detail Records on Mr. McNair is to see if I can pinpoint him at the incident location or within close proximity.
• A search Warrant would be requested on cell #
On 11-22-2023, a Search Warrant was obtained and forwarded to Verizon Wireless for further processing.
On 1-16-2024, I received feedback from Verizon wireless as it pertained to the request that I placed forward to them requesting for the cellular phone records of Mr. McNair. The CDR received would be forwarded to analysis to provide the end result which is to confirm that the suspect was in the area at the time of the incident.
On 01-24-2024, I received feedback on the analysis from Sgt Maldonado. The result showed that 100% without a doubt that the person of interest/suspect was in the area at the time of the incident. The result would be saved on file as evidence.
 On 08-16-2024, I received a text message from the victim advising of a photo that he had retrieved on Facebook that he believes was the person that shot him. When the victim was asked how he came about the suspects photo on Facebook over the phone, his response was, after he read the incident report, he took notice of the name of the person of interest name on the report which was that of Mr. Ladavious McNair. The victim advised that out of curiosity, he decided to look on Facebook to see who the name comes back to on file. The victim advised that when he did the name search of Ladavious McNair on Facebook, the profile photo that came up was that of the individual that shot him on the day of the incident. The victim advised that he was  since day one of the incident that the person that shot him, "head looks and resembles that of a peanut head shape".  The victim advised that he was in shock when he discovered the photo on Facebook. The victim advised that he immediately took a screen shot of the suspects photo and forwarded it to me. This suspects photo sent to me through text message would be saved on file as evidentiary item.
Important update- After I spoke with the victim on the said day of 08-16-2024 after he provided me with the person of interest/suspects photo, I checked on the suspects DMV license record on file approximately at 16:54:27 s and upon doing do, I noticed that the current driver's license photo of Mr. McNair was not the same photo that I had retrieved form the accused driver's license record on 11-09-2023 that I presented to the victim for a photo lineup. The current DMV photo of Mr. Ladavious McNair appeared to have been an updated photo and showed a license renewal date on file of 01-16-2024 compared to the previous driver license photo that showed an exam date of 10-14-2021. The suspects current DMV license photo shows Mr. McNair having his hair braided in a corn row fashionable style which presents his facial image distinctively as that of a "peanut head shape".
With this updated information, I advised the victim that he would be presented with another photo lineup in due time to see if he can identify the suspect amongst the photo presented to him.
On 09-14-2024, I relocated to the victim's place of residence, and he was presented with a photo lineup for him to select the suspect from amongst the photos presented to him. The victim positively identified photo #5, Ladavious McNair, as that of the person that shot him on the said day of the incident.
Note - The victim sustained permanent nerve damage to his left leg as a result of the injury that he sustained. Gruesome photos of the victims injury would be uploaded on to file as evidence
With the turn of events, Arrest warrants would be taken out on the accused, Mr. Ladavious McNair on the charge of Aggravated Assault (2counts) with a deadly weapon handgun and also, with Aggravated Battery.

004

Sworn to and subscribed before me,

_____
Prosecutor/Affiant:  **A R Mustapha**
Title  **Officer**
Agency:  **Atlanta PD**
Badge No.:  **6470**
Phone No.:  **404-546-0877 (w)**
**9/20/2024 11:50:31 AM**

_____
Deputy Clerk/Judge :  **Todd Ashley**
Title  **Judge**
**Magistrate Court** COURT OF **FULTON** COUNTY
**9/20/2024 11:50:45 AM**