# EXHIBIT 2

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **STATE OF GEORGIA** | ) |
| | ) CASE NO.: 24SC005420 |
| v. | ) |
| | ) |
| **LADAVIOUS DASHAWN MCNAIR** | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF ALBERT NALLS

I, ALBERT NALLS, hereby state as follows:

1. I am over the age of eighteen (18), competent to provide this Affidavit, and do so freely and voluntarily.

2. I am the only eyewitness of the above-style action.

3. On November 1, 2023, I witnessed a road rage incident that occurred on Metropolitan Pkwy SW, Atlanta in FULTON County.

4. I was driving the A-Tow Ford tow truck at the time of the incident. I was at the red light on Metropolitan Pkwy SW, Atlanta in FULTON County while I was behind a white Chevrolet van.

5. While waiting at the light, I saw a white male and a black male who appear to be arguing outside their vehicles. I saw the white male put up his hands in the air and then the black male pulled out a gun and shot the white male, before fleeing back to his vehicle and speeding off in a silver Infiniti G35.

6. The suspect appeared to be a slim black male wearing a dark hoodie and dark jeans standing approximately 5' 10" to 6' 1" in height with a low hair cut that looked like a buzz cut.

7. I heard only one shot, and I am unable to identify the type of gun or color of the gun.

8. I communicated the above information to Officer DJ Johnson, unit 3303 on scene of the incident on November 1, 2023.

9. On or about November 11, 2023, I spoke with Detective A. R. Mustapha, I told him that I had witnessed the entire incident and that the suspect appeared to be a black male with a low haircut, wearing a dark hoodie and dark jeans, driving a silver Infiniti G35.

10. On or about October 28, 2024, I saw the news and the mugshot photograph of Mr. Ladavious McNair, and I am certain that he does not look like the person who shot the victim on November 1, 2023.

11. I have told the police including but not limited to Officer Johnson and Detective Mustapha, more than once that the suspect had short hair that looked like a buzz cut and that the suspect was driving an silver Infiniti.

12. I am executing this affidavit on my own free will and I have not been coerced by anyone to give this affidavit.

I declare under penalty of perjury under the laws of the State of Georgia that the forgoing is true and correct to the best of my knowledge and belief.

**FURTHER AFFIANT SAYETH NOT.**

_____
ALBERT NALLS                    DATED
Sworn to and subscribed before me,

This ___ day of __N____, 2024.

_____
Notary Public
My Commission expires: October 6, 2025