# EXHIBIT 3

| | | | |
|---|---|---|---|
| **STATE OF GEORGIA** | ) | | |
| | ) | **CASE NO.:** | **24PI007339** |
| **v.** | ) | | **EW-0456271** |
| | ) | | **EW-0456272** |
| **LADAVIOUS DASHAWN MCNAIR** | ) | | **EW-0456273** |
| | ) | **SO#** | **P01147177** |
| **Defendant.** | ) | | |

## AFFIDAVIT OF TREVOR TURNER, PHD

I, TREVOR TURNER, PhD, hereby state as follows:

1. I am over the age of eighteen (18), competent to provide this Affidavit, and do so freely and voluntarily.

2. I am a retired professor formerly employed with Clark Atlanta University in November 2023.

3. On November 1, 2023, I was the professor assigned to teach CHED 790 Quantitative Research in the Clark Atlanta University's Fall Semester of 2023.

4. The CHED 790 course was instructed both virtually via Zoom and face-to-face in the computer lab of Clement Hall at Clark Atlanta University campus located at 223 James P Brawley Dr SW, Atlanta, GA 30314.

5. Mr. Ladavious DaShawn McNair was a PhD candidate who was enrolled in my CHED 790 Quantitative Research course Fall Semester of 2023.

6. I submit this affidavit to confirm that Mr. Ladavious DaShawn McNair was present in the computer lab and attended my November 1, 2023, class face-to-face from 4:00 p.m. to 6:30 p.m.

7. I know Mr. McNair to be a peaceful person, and I have never seen him act in a violent manner towards any other student during the time that he has been enrolled at Clark Atlanta University.

I declare under penalty of perjury under the laws of the State of Georgia that the forgoing is true and correct to the best of my knowledge and belief.

Further affiant sayeth not.

_____   10/21/2
TREVOR TURNER                DATED

Sworn to and subscribed before me,

This 21ST day of OCTOBER, 2024.

_____
Notary Public
My Commission expires: OCTOBER 6, 2025